Heidi C. Quan (SBN 201003)
  hquan@murchisonlaw.com
Katelyn M. Knight (SBN 264573)
  kknight@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California  94111
Telephone: (415) 524-4303
            (415) 524-4477
Facsimile: (415) 391-2058

Attorneys for Defendant,
MAHARISHI FOUNDATION USA, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEY LARKIN,<br><br>Plaintiff,<br><br>vs.<br><br>MAHARISHI FOUNDATION USA, INC., a Massachusetts Corporation, and Does 1-20, inclusive.,<br><br>Defendants. | CASE NO. 3:15-CV-01661 MEJ<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL**<br>Assigned to: Hon. Maria-Elena James |

Pursuant to the Stipulation filed by the parties on February 4, 2016, this matter is ordered dismissed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April  11 , 2016

By: _____
    **Hon. Maria-Elena James**
    United States District Court Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 275 Battery Street, Suite 850, San Francisco, California 94111.

On April 11, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE DISMISSAL** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 11, 2016, at San Francisco, California.

_____
Treste P. Masangcay